IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN FLEMING
      *Plaintiffs*

v.        : CIVIL NO. 23-2558

MINNESOTA LIFE INSURANCE CO et al.
      *Defendants*

## ORDER

**AND NOW**, on July 29th, 2025, in consideration of the Motion to Dismiss for Failure to State a Claim Filed by Minnesota Life Insurance Co., Securian Financial Company, Securian Financial Group, Inc., Securian Financial Services, Inc., and Securian Life Insurance Co. (ECF No. 9), Plaintiffs' Response (ECF No. 14), Minnesota Life et al.'s Reply (ECF No. 16), the Motion to Dismiss filed by Vanguard Group, Inc. Group Benefit Plan and Vanguard Group, Inc. (ECF No. 11), Plaintiffs' Response (ECF No. 15), Vanguard's Reply (ECF No. 17), and the representations made by counsel at the June 24, 2025 hearing (ECF No. 44), it is hereby **ORDERED** as follows:

1. Plaintiffs' motion to convert Defendants' motions to dismiss into motions for summary judgment under Rule 12(d) is **DENIED**.

2. Defendant Minnesota Life Insurance Co. et al's motion to dismiss is **GRANTED** with respect to Counts One, Two, and Three. The motion to dismiss Counts Four and Five is **DENIED**.

3. Defendant Vanguard's motion to dismiss is **GRANTED** with respect to Count Six. Plaintiffs' cross-motion to amend their Complaint is **GRANTED** with respect to Counts

Seven and Eight. Plaintiffs shall have __21__ days to amend their Complaint.

BY THE COURT:

_____
THE HONORABLE KAI N. SCOTT
U.S. DISTRICT COURT JUDGE

2