IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN FLEMING et al., | : | |
| _Plaintiffs,_ | : | |
| | : | |
| v. | : | **CIVIL NO. 23-2558** |
| | : | |
| MINNESOTA LIFE INSURANCE CO. et al, | : | |
| _Defendants._ | : | |
| | : | |

## ORDER

**AND NOW,** this **22nd** day of **July 2026,** upon consideration of the Vanguard Defendants'

Motion to Dismiss (ECF No. 56), Plaintiffs' Response to Defendants' Motion (ECF No. 57),

Defendants' Reply to Plaintiff's Response (ECF No. 58), and the hearing on the Motion held on

July 8, 2026, it is hereby **ORDERED** that Defendants' Motion is **GRANTED.** Count Three and

Count Four as stated against the Vanguard Defendants are **DISMISSED WITH PREJUDICE.**

BY THE COURT:

HON. KAI N. SCOTT
**United States District Court Judge**

1